# Notice Recipients

District/Off: 0756−1 | User: admin | Date Created: 12/25/2018
Case: 18−06877−RLM−7 | Form ID: b318 | Total: 28

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr | Deborah J. Caruso | trusteecaruso@rubin−levin.net |
| aty | Harrison Edward Strauss | harrison.strauss@usdoj.gov |
| aty | John M Blevins | jmb919@aol.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Karl L. Downey | 4675 West Lawrence Way | New Palestine, IN 46163 | |
| jdb | Laura L. Downey | 4675 West Lawrence Way | New Palestine, IN 46163 | |
| 14984013 | Bank of America | 4909 Savarese Circle | Fl1−908−01−50 | Tampa, FL 33634 |
| 14984014 | Barclays Bank Delaware | Po Box 8803 | Wilmington, DE 19899 | |
| 14984015 | Byl Collections | POB 569 | Malvern, PA 19355 | |
| 14984016 | Capital One | Po Box 30281 | Salt Lake City, UT 84130 | |
| 14984017 | Chase Auto Finance | Po Box 901003 | Ft Worth, TX 76101 | |
| 14984018 | Chase Card Services | Correspondence Dept | Po Box 15298 | Wilmington, DE 19850 |
| 14984019 | Citizens Bank | 480 Jefferson Blvd | Warwick, RI 02886 | |
| 14984020 | Community Health Network | POB 20830 | Indianapolis, IN 46220−0830 | |
| 14984021 | Community Heart And Vascular | 8175 North Shadeland | Indianapolis, IN 46250 | |
| 14984022 | Discover Financial | Po Box 3025 | New Albany, OH 43054 | |
| 14984023 | IU Health | 250 Norh Shadeland Ave. | Indianapolis, IN 46219 | |
| 14984024 | Med 1 Solutions, LLC | 517 US Highway 31 N | Greenwood, IN 46142−3922 | |
| 14984025 | NCB Managment Services, Inc. | POB 1099 | Langhorne, PA 19047 | |
| 14984026 | Ollo Card Services | POPB 660371 | Dallas, TX 75266−0371 | |
| 14984027 | Putnam County Juvenile | Juvenile Probation Dept. | 3rd Floor, Courthouse | Greencastle, IN 46135 |
| 14984028 | Putnam Juvenile ProbationDepartment | 3rd Floor, Courthouse | Greencastle, IN 46135 | |
| 14984029 | St. Vincent Medical Group | POB 14000 | Belfast, ME 04915 | |
| 14984030 | Suntrust | 655 W Broadway Ste 1300 | San Diego, CA 92101 | |
| 14984031 | Synchrony Bank/Amazon | Attn: Bankruptcy Dept | Po Box 965060 | Orlando, FL 32896 |
| 14984032 | Wells Fargo Bank | Attn: Bankruptcy Dept | Po Box 6429 | Greenville, SC 29606 |
| 14984033 | Wells Fargo Home Mor | Attn: Bankruptcy | Mac X7801−014 3476 Stateview Blvd | Fort Mill, SC 29715 |
| 14984034 | Worlds Foremost Bank N | Attn: Bankruptcy | 4800 Nw 1st St | Lincoln, NE 68521 |

TOTAL: 24